BRYANT, Respondent, v. GREENOUGH, Appellant. (Supreme Court, Appellate Division,

Second Department. March 11, 1904.) Action by Frederick Bryant against John Greenough, as receiver of the New York & Staten Island Electric Company. No opinion. Judgment and order unanimously affirmed, with costs.